**GALE, ANGELO, JOHNSON, & PRUETT, P.C.**
Joe Angelo (SBN 268542)
jangelo@gajplaw.com
1430 Blue Oaks Blvd., Ste 250
Roseville, CA 95747
Phone (916) 290.7778
Facsimile: (916) 721.2767

*Attorneys for Plaintiff Kathleen Letourneau*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| KATHLEEN LETOURNEAU,<br><br>      Plaintiff,<br><br>   v.<br><br>BANK OF AMERICA, NA,<br><br>      Defendants. | Case No. 3:21-cv-06301-JSC<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT BANK OF AMERICA, N.A.** |

**TO THE COURT, CLERK OF COURT AND ALL PARTIES:**

   **PLEASE TAKE NOTICE THAT** Plaintiff Kathleen Letourneau and Defendant Bank of America, N.A. have reached a settlement in the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal, with prejudice, of Bank of America, N.A. within 21 days once the settlement is finalized.

   Respectfully submitted,

DATED: October 8, 2021          GALE, ANGELO, JOHNSON & PRUETT, P.C.


                              By:   /s/ *Joe Angelo*
                                    JOE ANGELO
                                    Attorneys for Plaintiff
                                    KATHLEEN LETOURNEAU